Cir. Motion of petitioners for reconsideration of order denying leave to proceed *in forma pauperis* [526 U. S. 1143] denied.

No. 98–8785. BAEZ *v.* BRESLIN. C. A. 11th Cir.;

No. 98–8798. BALAWAJDER *v.* SCOTT, EXECUTIVE DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE. C. A. 5th Cir.; and

No. 98–8802. CUNNINGHAM *v.* POPPELL, WARDEN, ET AL. C. A. 5th Cir. Motions of petitioners for reconsideration of order denying leave to proceed *in forma pauperis* [526 U. S. 1157] denied.

No. 98–8821. ARBOGAST *v.* ALCOA BUILDING PRODUCTS. C. A. 7th Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [526 U. S. 1157] denied.

No. 98–9085. WHITFIELD *v.* TEXAS (three judgments). Ct. Crim. App. Tex. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [527 U. S. 885] denied.

No. 98–9133. COHEA *v.* BRAY ET AL. C. A. 9th Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [527 U. S. 1034] denied.

No. 98–9473. IN RE HILL. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [527 U. S. 1002] denied.

No. 98–9254. CHRISPEN *v.* FEINER ET AL. C. A. 11th Cir.;

No. 98–9261. CHRISPEN *v.* FEINER ET AL. C. A. 11th Cir.;

No. 98–9282. CROSS *v.* MURPHY ET AL. Ct. App. Cal., 6th App. Dist.;

No. 98–9301. GALLOWAY *v.* CALIFORNIA. Sup. Ct. Cal.;

No. 98–9384. BRAUN *v.* DEPARTMENT OF JUSTICE ET AL. C. A. 8th Cir.;

No. 98–9431. MANGRUM *v.* REDDY ET AL. C. A. 11th Cir.;

No. 98–9443. BROWNING *v.* WEICHERT. C. A. 9th Cir.;

No. 98–9475. HILL *v.* PENNSYLVANIA. Sup. Ct. Pa.;

No. 98–9516. TYLER *v.* CRYNE. Sup. Ct. Neb.;

No. 98–9545. MASON *v.* WESTMINSTER INVESTMENTS ET AL. Ct. App. Cal., 2d App. Dist.;

No. 98–9553. LYLE *v.* UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN. C. A. 6th Cir.;